1  Vanessa R. Waldref
2  United States Attorney
   Eastern District of Washington
3  Patrick J. Cashman
4  Assistant United States Attorney
   Post Office Box 1494
5  Spokane, WA 99210-1494
6  Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 1 9 2023

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

7
8                UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF WASHINGTON
9

10   UNITED STATES OF AMERICA,

11                      Plaintiff,          INDICTMENT   2:23-CR-00084-MKD-1

12         v.                               Vio:  18 U.S.C. § 1038(a)(1)
                                                  False Information and
13                                                Conveying Hoax Bomb Threat

14   BRANDON L. SCOTT,

15                      Defendant.

16

17      The Grand Jury charges:

18      On or about July 5, 2023, within the Eastern District of Washington, the

19
20   Defendant, BRANDON L. SCOTT, did intentionally convey false and misleading

21   information, to wit: that he placed an explosive device in his carry-on baggage and

22
     would detonate the explosive device unless the airplane he was a passenger on was
23

24   re-routed away from Seattle, Washington, under circumstances where such

25   information might reasonably have been believed, and where such information
26
27   indicated that an activity had taken, was taking, or would take place that would

28   constitute a violation of Chapter 2, of Title 18 of the United States Code, that is 18

INDICTMENT – 1

1   U.S.C. § 32, relating to the destruction of aircraft and aircraft facilities, and

2

3   Chapter 40, of Title 18 of the United States Code, that is 18 U.S.C. § 844(e),

4   relating to explosives, in violation of 18 U.S.C. § 1038(a)(1).

5        DATED this 18 day of July, 2023.

6

7                        A TRUE BILL

8

9 

10

11

12   *Vanessa Waldref*

13   Vanessa R. Waldref

    United States Attorney

14

15

16

17   Patrick J. Cashman

18   Assistant United States Attorney

19

20

21

22

23

24

25

26

27

28

INDICTMENT – 2